**Order entered September 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00031-CV

**YOUNG YOO, IRVING SUPERMART, L.L.C. AND ACACIA LAS LOMAS, L.L.C., Appellants**

**V.**

**A-1 MARKETING, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05632**

## ORDER

The reporter's record in this appeal is incomplete. On August 1, 2019, we ordered court reporter Vielica Dobbins to file the record of proceedings held July 16, 2018 and September 21, 2018 no later than August 16, 2019. We subsequently extended that deadline to September 20, 2019 at the request of Ms. Dobbins who asserted she needed "more time to proof and copy exhibits." To date, Ms. Dobbins has not filed the record or otherwise communicated with the Court.

The reporter's record in this appeal was first due May 7, 2019 and was requested by appellant on January 15, 2019. Because the appeal cannot proceed without the complete record and as we cautioned when we extended the deadline to September 20th, we **ORDER** Ms.

Dobbins **NOT SIT** as a court reporter until she has filed the record of the July 16th and September 21st proceedings.

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court; the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court and the court for which Ms. Dobbins is currently the official reporter; Ms. Dobbins; the Dallas County Auditor's Office; and the parties.

/s/    KEN MOLBERG
JUSTICE